

390 Madison Avenue, 12th Floor
New York, New York 10017
(646) 746-2000

www.btlaw.com

Nicholas E. Rybarczyk
(646) 746-2032
nrybarczyk@btlaw.com

November 7, 2025

*VIA ECF*

The Honorable Katherine Polk Failla
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



Re:   *251 New Mannsdale Road LLC, et al. v. Driven Brands, Inc.* **(25-cv-7046-KPF)**

Dear Judge Failla:

Our firm represents Defendant Driven Brands, Inc. ("DB") in the above-captioned matter. Pursuant to Rule 2(D) of Your Honor's Individual Rules of Practice in Civil Cases, I write to respectfully request an adjournment of the telephonic conference on DB's proposed motion to dismiss currently scheduled for November 24, 2025 at 10am ET.

This request is being made due to a conflict with a previously scheduled oral argument also set to take place on November 24, 2025 at 10am ET. Plaintiffs consent to this request and, subject to the Court's schedule, the parties are available on November 25, 2025 at 10am ET.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Nicholas E. Rybarczyk*

Nicholas E. Rybarczyk

Cc:   All counsel of record (via ECF)

Application GRANTED. The pre-motion conference currently scheduled for November 24, 2025, is hereby ADJOURNED to **November 25, 2025, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:    November 7, 2025          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE